United States District Court
Southern District of Texas
**ENTERED**
August 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Eric Stebel, et al, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-3016 |
| | § | |
| Allstate Vehicle and Property Insurance Company, | § | |
|     Defendant. | § | |

## ORDER

On August 7, 2017, it was announced that the parties have reached a settlement. All pending deadlines are terminated. It is hereby **ORDERED** that closing papers be submitted no later than September 11, 2017, or the Court will dismiss this action.

**SIGNED** at Houston, Texas, this 10th day of August, 2017.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE